STEPHENSON, APPELLANT, *v.* GRANGE MUTUAL CASUALTY COMPANY, APPELLEE.

[Cite as *Stephenson v. Grange Mut. Cas. Co.* (2000), 88 Ohio St.3d 1241.]

(No. 99–2244—Submitted April 26, 2000—Decided May 24, 2000.)

*Lamkin, Van Eman, Trimble, Beals & Rourke* and *Michael J. Rourke,* for appellant.

*Gallagher, Bradigan, Gams, Pryor & Littrell, L.L.P.,* and *James R. Gallagher,* for appellee.

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

1242

MOYER, C.J., F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, RESNICK and PFEIFER, JJ., dissent.